UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Kimberly Darlene Bergsmith v. Bayer Corporation, et al.* | No. 3:10-cv-10925-DRH |
| *Vanessa Rene Eck, et al. v. Bayer Corporation, et al.* | No. 3:11-cv-12628-DRH |
| *Kathryn Miller v. Bayer Corporation, et al.* | No. 3:10-cv-10346-DRH |
| *Kimberly Ann Roberts, et al. v. Bayer Corporation, et al.* | No. 3:13-cv-10664-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on August 21, 2014, the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY: /s/*Caitlin Fischer*
Deputy Clerk

**Dated:** August 22, 2014

Digitally signed by David R. Herndon
Date: 2014.08.22 12:44:41 -05'00'

**APPROVED:**
    **CHIEF JUDGE**
    **U. S. DISTRICT COURT**